UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

UNITED STATES OF AMERICA        :
                                :
        - v. -                  :        **NOTICE OF INTENT TO**
                                :        **FILE AN INFORMATION**
JOSEPH GARRISON,                :
                                :        23 Cr. ___ (  )
        Defendant.              :
                                :        **23 CRIM 597**
------------------------------ X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:      New York, New York
            October 26, 2023

                                DAMIAN WILLIAMS
                                United States Attorney
                                Southern District of New York

                        By:     _____
                                KEVIN MEAD / MICAH FERGENSON
                                Assistant United States Attorneys

                                AGREED AND CONSENTED TO:

                        By:     _____
                                CLAY H. KAMINSKY
                                Attorney for Joseph Garrison