UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- v. -

JOSEPH GARRISON,

                Defendant.

------------------------------X

**Waiver of Indictment**

23 CR ____ (LAK)

23 CRIM 597

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                          _____
                                          JOSEPH GARRISON
                                          Defendant

                                          _____
                                          Witness

                                          _____
                                          CLAY H. KAMINSKY
                                          Counsel for Defendant

Dated: New York, New York
          Nov. 15, 2023