

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2023

<u>**BY ECF**</u>

The Honorable Lewis A. Kaplan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    ***United States v. Joseph Garrison**, 23 Cr. 597 (LAK)*

Dear Judge Kaplan:

    On November 15, 2023, a change of plea hearing was conducted in this case before Magistrate Judge Lehrburger pursuant to this Court's referral.  I have attached to this letter: (1) the transcript of the change of plea proceeding, (2) a Proposed Order accepting the defendant's guilty plea to Count One of the Superseding Information, (3) the signed plea agreement, and (4) the signed preliminary order of forfeiture.  The Government respectfully requests that the Court accept the defendant's plea of guilty.

    The Government further understands that the Court has set a sentencing date of 4:00 p.m. on February 1, 2024.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

         by: <u>*/s/ Kevin Mead*</u>
                Kevin Mead
                Micah Fergenson
                (212) 637-2211/2190

cc: All Counsel of Record (by ECF)