UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
  UNITED STATES OF AMERICA,    :
                                                       :
              - v. -                    :
                                                       :
  JOSEPH GARRISON,                 :      23 Cr. 597 (LAK)
                                                       :
            Defendant.             :
                                                       :
                                                       :
------------------------------------------------------X

        Upon the motion of the United States of America dated November 27, 2023, it is found that: (a) there are tens of thousands of potential victims in this case; and (b) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

        It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims' rights are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

Accordingly, it is hereby ORDERED

        That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 377l(a):

        1.      The United States Attorney's Office will post notification about scheduled public proceedings on its Internet website at http://www.usdoj.gov/usao/nys on a page for this case and that page will also provide the following information:

      a.      The caption, case number and assigned judge for the case for which notification is made;

      b.      A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

      c.      A listing of public proceedings scheduled in the case; and

      d.      The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights.

2.      The Government will update its Internet posting relating to this case to reflect scheduled public proceedings, within a reasonable period of time of such scheduling.

Dated: November __, 2023
      New York, NY

                                                                                             HON. LEWIS A. KAPLAN
                                                                              UNITED STATES DISTRICT COURT