**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 18, 2024

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joseph Garrison,**
      **23 Cr. 597 (LAK)**

Dear Judge Kaplan:

    I write with the consent of the government to seek a brief extension of today's deadline to file the defense sentencing memorandum in the above-referenced matter because of counsel's need to care for a sick child. I respectfully request that the deadline be extended to Monday, January 22, 2024.

    I do not seek any adjournment of the February 1 sentencing date, for which Mr. Garrison and his family have already made arrangements to fly from Wisconsin to New York.

    This is my first such request. As noted, the government consents.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   AUSAs Kevin Mead and Micah Fergenson