

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Kamerin Stokes*, **24 Cr. 259 (NRB)**
            *United States v. Joseph Garrison*, **23 Cr. 597 (LAK)**

Dear Judges Buchwald and Kaplan:

    The Government respectfully submits this letter to the inform the Court of sentencings of multiple defendants in factually related cases pending before different judges.

    On January 31, 2024, Judge Kaplan sentenced defendant Joseph Garrison in the case *United States v. Joseph Garrison*, 23 Cr. 597 (LAK). Garrison pleaded guilty to one count of conspiracy to commit computer fraud for his role in the hack of a fantasy sports and sports betting website (the "Betting Website") in November 2022. Garrison is the only defendant charged under that docket number.

    On April 25, 2024, in the case *United States v. Kamerin Stokes*, 24 Cr. 259 (NRB), defendant Kamerin Stokes pleaded guilty before Judge Buchwald to one count of conspiracy to commit computer fraud for his role in the same conspiracy to hack the Betting Website. Sentencing for Stokes is scheduled for August 15, 2024. Stokes is the only defendant charged under that docket number.

The Government is available to provide additional information if helpful.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

         by:  /s/
                        Kevin Mead
                        Micah Fergenson
                        Assistant United States Attorneys
                        (212) 637-2211/2190

cc:       All Counsel of Record (ECF)